No. 388.   APPALACHIAN POWER CO. ET AL. *v.* AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS ET AL. C. A. 2d Cir.   Certiorari denied.   *Whitney North Seymour* for petitioners.   *Howard C. Westwood, Fontaine C. Bradley, Stanley L. Temko* and *Robert L. Randall* for respondents.

No. 390.   WHITE *v.* SEATTLE LOCAL UNION No. 81, AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, ET AL.   Supreme Court of Washington. Certiorari denied.   *John J. Kennett* and *Joseph D. Holmes* for petitioner.   *L. Presley Gill* for respondents.

No. 394.   CHRYSLER CORPORATION *v.* UNITED STATES. Court of Claims.   Certiorari denied.   *Hancock Griffin, Jr.* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Myron C. Baum* for the United States.

No. 386.   SMITH *v.* CALIFORNIA.   Motion for relief from default re timeliness denied.   Petition for writ of certiorari to the Appellate Department of the Superior Court of California, County of Los Angeles, denied. *Russell E. Parsons* for petitioner.   *Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 118, Misc.   TOUCHSTONE *v.* SINCLAIR, SUPERINTENDENT, FLORIDA STATE PRISON.   Supreme Court of Florida.   Certiorari denied.   Petitioner *pro se.   Richard W. Ervin,* Attorney General of Florida, and *B. Clarke Nichols,* Assistant Attorney General, for respondent.

No. 137, Misc.   FOX *v.* UNITED STATES.   Court of Claims.   Certiorari denied.